In the Matter of the Accounting of SARAH F. FABBRICOTTI, Deceased, as Trustee under the Will of LUCIANO FABBRICOTTI, SR., Deceased.

STELLA G. FABBRICOTTI, Individually and as Administratrix of the Estate of LUCIANO FABBRICOTTI, JR., Deceased, et al., Appellants; ANNINA F. FARA-FORNI, Respondent.

(Argued May 22, 1934; decided June 5, 1934.)

*Herman Aaron* and *Charles Adkins Baker* for appellants. *William R. Conklin, Frederick H. Comstock* and *Edward S. Bentley* for respondent.

Order affirmed, with costs to the respondent payable out of the estate; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.